The motion is sustained, and the appeal dismissed.

## TAYLOR v. STATE.

No. 23321.

Court of Criminal Appeals of Texas.

April 3, 1946.

C. R. Carpenter, of Lubbock, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

### BEAUCHAMP, Judge.

The appellant was convicted of the offense of assault to murder and sentenced to two years in the penitentiary.

The record is before us without a statement of facts or bill of exception. The proceedings appear regular. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.